IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE G. O'BRIEN d/b/a DAEDALUS BIOTECH ADVISORS,<br><br>          Plaintiff,<br><br>    v.<br><br>SHIRE, SHIRE PLC, SHIRE PHARMACEUTICAL HOLDINGS IRELAND LIMITED, SHIRE PHARMACEUTICALS INTERNATIONAL and SHIRE VIROPHARMA INCORPORATED,<br><br>          Defendants. | CIVIL ACTION NO. _____ |

## RULE 7.1 DISCLOSURE STATEMENT

Defendant Shire ViroPharma Incorporated, by and through its attorneys, discloses pursuant to Fed. R. Civ. P. 7.1 that it is a wholly owned subsidiary of Shire North American Group Inc. Shire North American Group Inc. is a wholly owned subsidiary of Shire Pharmaceutical Holdings Ireland Limited. Shire Pharmaceutical Holdings Ireland Limited is a wholly owned subsidiary of Shire plc. No publicly held corporation owns 10% or more of the stock of Shire plc.

Dated: June 20, 2016

Respectfully submitted,

/s/ Bahar Shariati
Steven A. Reed, Esquire (PA # 60145)
Bahar Shariati, Esquire (PA # 200173)
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
T: (215) 963-5000 / F: (215) 963-5001
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on June 20, 2016 via U.S. Mail upon:

Jonathan W. Hugg, Esquire
Samuel A. Hornak, Esquire
Jonathan D. Klein, Esquire
CLARK HILL PLC
One Commerce Square
2500 Market Street, Suite 1000
Philadelphia, PA  19103

_____
Bahar Shariati