# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE G. O'BRIEN d/b/a** : | |
| **DAEDALUS BIOTECH ADVISORS,** : | |
| : | |
| **Plaintiff,** : | **CIVIL ACTION** |
| : | |
| v. : | **NO. 16-3184** |
| : | |
| **SHIRE, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this __24th__ day of July, 2017, upon consideration of Plaintiff's Amended Complaint (Doc. 20), Defendants' Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) ("Motion to Dismiss") (Doc. 25), Plaintiff Bruce G. O'Brien d/b/a Daedalus' Response in Opposition to the Shire Defendants' Joint Motion to Dismiss Daedalus' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (Doc. 26), Defendants' Reply Brief in Support of Defendants' Motion to Dismiss Daedalus's Amended Complaint (Doc. 27), and the matters addressed at Oral Argument held before the Court on May 24, 2017, **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion to Dismiss is **DENIED WITHOUT PREJUDICE** as follows:

1. Plaintiff Bruce G. O'Brien d/b/a Daedalus ("Plaintiff") may take limited jurisdictional discovery relating to the issue of whether the Court has personal jurisdiction over the named Defendants;

2. This limited jurisdictional discovery shall be completed **within sixty (60) days** of the date of this Order;

2

3. To the extent that Plaintiff seeks to file a second amended complaint after the close of this limited discovery period, Plaintiff shall file his second amended complaint **within ten (10) days** of the end of the limited discovery period; and

4. Defendants may file a renewed motion to dismiss after Plaintiff files his second amended complaint.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**